# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 2:18-CR-140-2 |
| ) | |
| **PETER BOLOS,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED NOTICE OF APPEAL

Defendant Peter Bolos previously filed a notice of appeal on June 6, 2022 (Doc. No. 888). Dr. Bolos hereby amends that notice and gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment of conviction and sentence in this action entered by the District Court on June 14, 2022 (Doc. No. 894), along with all interlocutory rulings leading up to the final judgment, including but not limited to the jury's guilty verdict, entered December 2, 2021 (Doc. No. 663), the District Court's order denying defense motions for acquittal and for new trial, entered April 19, 2022 (Doc. No. 768), its criminal forfeiture ruling, entered April 25, 2022 and related filings (*see* Doc. Nos. 774, 862), and its sentencing decision, announced from the bench on May 16, 2022 (*see* Doc. No. 871 (sentencing minute entry, transcript not available) and as supplemented on May 31, 2022 (Doc. No. 885).

Alternatively, pursuant to Federal Rule of Appellate Procedure 4(b)(4), Dr. Bolos asks the Court to construe this amended notice as a motion for leave to amend his notice of appeal filed on June 6, 2022, to appeal the rulings listed above. There is good cause to amend the notice of appeal. Dr. Bolos's undersigned trial counsel filed the original notice of appeal prematurely, before the Court entered its final judgment of conviction and sentence on June 14, 2022. *See* FED. R. APP. P. 4(b)(2). The Government will not be prejudiced by an amended notice clarifying that Dr. Bolos is appealing the Court's final judgment, including his conviction, his sentence, the forfeiture order, and the Court's denial of Dr. Bolos's post-trial motions. *See United States v. Terrell*, 345 F. App'x 97, 101–02 (6th Cir. 2009). The amended notice has been filed within Rule 4(b)(4)'s 30-day period, which expires on July 28, 2022.

                            Respectfully submitted,

                            CHAPMAN LAW GROUP

Dated: July 8, 2022           s/ *Ronald W. Chapman II*
                            Ronald W. Chapman II, LL.M. (P73179 MI)
                            *Admitted Pro Hac Vice*
                            *Counsel for Defendant Bolos*
                            1441 West Long Lake Rd., Suite 310
                            Troy, MI 48098
                            T: (248) 644-6326
                            F: (248) 644-6324
                            RWChapman@ChapmanLawGroup.com

## PROOF OF SERVICE

I hereby certify that on July 8, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed. Additionally, a copy of such filing was mailed via USPS Priority Mail to Dr. Peter Bolos at Laurel County Correctional Facility, 440 Hammock road, London, KY 40744.

                                    s/ *Ronald W. Chapman II*
                                    Ronald W. Chapman II, LL.M. (P73179 MI)
                                    *Admitted Pro Hac Vice*
                                    *Counsel for Defendant Bolos*
                                    RWChapman@ChapmanLawGroup.com